United States District Court
Southern District of Texas

**ENTERED**

March 17, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

TONI MARIE CAPONE KINSEY,

    Plaintiff,

v.

ARIAN LODGING, LLC, a Texas limited
liability company, DHARMESH BHAKTA,
an individual, and PRITI BHAKTA, an
individual,

    Defendants.

Civil Action No. 4:25-cv-04985

Judge Charles Eskridge

## ORDER OF DEFAULT FINAL JUDGMENT

The Defendants ARIAN LODGING, LLC, DHARMESH BHAKTA, and PRITI BHAKTA ("Defendants"), having failed to plead or otherwise to defend this action and default having been duly entered, and in having considered Plaintiff's Motion for Default Final Judgment, it is hereby:

ORDERED AND ADJUDGED that the Court grants Plaintiff's Motion for Default Final Judgment and awards TONI MARIE CAPONE KINSEY judgment against Defendants ARIAN LODGING, LLC, DHARMESH BHAKTA, and PRITI BHAKTA, jointly and severally, as follows

    i)    $31,205.83 (comprised of $23,846.04 in minimum wages + $7,359.79 in overtime wages);

    ii)    An additional amount of $31,2025.83 as liquidated damages;

    iii)    Statutory interest.

The Clerk of Court is hereby ordered to enter judgment accordingly, for which execution shall issue. Plaintiff's counsel shall submit a petition for reasonable attorneys' fees and costs within 21 days from the date of this Order.

Signed on March 17, 2026, at Houston, Texas.

Charles Eskridge
United States District Judge